```
                                                        FILED
                                                        December 14, 2007
                                                        CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
                                                        CALIFORNIA
                                                        DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 07-0387-EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| NOE GODINEZ-PEREZ, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

FILED
DEC 14 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

This is to authorize and direct you to release NOE GODINEZ-PEREZ, Case No. MAG. 07-0387-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release on Personal Recognizance

   _____   Bail Posted in the Sum of $

           _____   Unsecured Appearance Bond - Interim

           _____   Appearance Bond with 10% Deposit

           _____   Appearance Bond with Surety

           _____   (Other) Conditions as stated on the record.

   __X__   (Other) The matter was dismissed upon the motion by Government made on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/14/07  at 2:44pm

By _____
   Edmund F. Brennan
   United States Magistrate Judge