```
1   McGREGOR W. SCOTT
    United States Attorney
2   KYLE REARDON
    Assistant U.S. Attorney
3   501 I St., Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2700

5

6
                   IN THE UNITED STATES DISTRICT COURT
7
               FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,        )
                                     )
11             Plaintiff,            )   No. 07-mj-0387 EFB
                                     )
12        v.                         )
                                     )   MOTION TO DISMISS COMPLAINT
13  NOE GODINEZ-PEREZ,               )   and ORDER
                                     )
14             Defendant.            )
    _____)
15

16        Pursuant to Rule 48(a) of the Federal Rules of Criminal

17  Procedure, Plaintiff, United States of America, by and through its

18  undersigned attorney, asks the Court to dismiss the complaint

19  against Noe Godinez-Perez, filed on December 12, 2007, in No. 07-

20  mj-0387 EFB.

21                                  Respectfully Submitted,

22                                  McGREGOR W. SCOTT
                                    United States Attorney
23
    DATED: December 14, 2007    By:/s/ Kyle Reardon
24                                  KYLE REARDON
                                    Assistant U.S. Attorney
25

    APPROVED AND SO ORDERED:
26
    DATED:  December 17, 2007.
27
                                    EDMUND F. BRENNAN
28                                  UNITED STATES MAGISTRATE JUDGE
```